# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STEFAN LEU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:10-0322 |
| | ) Judge Trauger |
| EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC., STRUCTURAL MODIFICATION AND REPAIR TECHNICIANS, INC. d/b/a SMART, INC., and JOHNSON SERVICE GROUP, INC. | ) ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss filed by defendant Structural Modification and Repair Technicians, Inc. ("SMART") (Docket No. 10) is **DENIED**.

It is so ordered.

Enter this 30th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge