IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEFAN LEU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-0322 |
| ) | Judge Trauger |
| EMBRAER AIRCRAFT MAINTENANCE ) | |
| SERVICES, INC., STRUCTURAL ) | |
| MODIFICATION AND REPAIR ) | |
| TECHNICIANS, INC. d/b/a SMART, INC., ) | |
| and JOHNSON SERVICE GROUP, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by Structural Modification and Repair Technicians, Inc. ("SMART") (Docket No. 42) is **GRANTED**, and SMART is **DISMISSED** from this case. The Motion for Summary Judgment filed by Johnson Service Group ("JSG") (Docket No. 38) is also **GRANTED,** and JSG is **DISMISSED** from this case. The Motion for Summary Judgment filed by defendant Embraer Aircraft Maintenance Services, Inc. (Docket No. 45) is **GRANTED IN PART and DENIED IN PART** as fully discussed in the Memorandum.

It is so ordered.

Enter this 7th day of April 2011.

_____
ALETA A. TRAUGER
United States District Judge